NUMBER 13-05-043-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________

CHRISTOPHER WAYNE RIGGS,                                          Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
________________________________________________________

On appeal from the County Criminal Court at Law No. 2
of Harris County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, CHRISTOPHER WAYNE RIGGS, perfected an appeal from a judgment
entered by the County Criminal Court at Law No. 2 of Harris County, Texas, in cause
number 1250896. Appellant has filed a motion to dismiss the appeal. The motion
complies with Tex. R. App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 12th day of May, 2005.